UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

APR 1 9 2006

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| V. | § | C.R. ACTION NO: H-04-450   (01) |
| | § | |
| Dallas D. Dean, III, | § | |
| | § | |
| Defendants. | § | |

ORDER

Pending before the Court is the Government's Unopposed Motion to Continue Sentencing Date (Inst. # 27). Having considered the motion, and the applicable law, the Court hereby determines that the motion should be granted. The Court hereby

ORDERS that the Unopposed Motion to Continue Sentencing Date (Inst. # 27) is GRANTED. Sentencing will be continued until after additional interview sessions and upcoming trials are held.

SIGNED this _____18_____ day of April, 2006.

DAVID HITTNER
United States District Judge